IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

WESLEY HOWARD,       §
                                 §
            Plaintiff,        §
v.                             §       Civil Action No. **3:15-CV-903-L**
                                 §
**JJ&P HOTELS, LLC d/b/a BAYMONT**    §
**INN,**                              §
                                 §
           Defendant.      §

## ORDER

Before the court is Defendant JJ&P Hotels, LLC's Motion to Dismiss Due to Improper Venue or, in the Alternative, Motion to Transfer Venue (Doc. 27), filed September 30, 2015. The motion was referred to Magistrate Judge David L. Horan, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on November 23, 2015, recommending that the court deny Defendant's Motion to Dismiss Due to Improper Venue; grant Defendant's Alternative Motion to Transfer Venue pursuant to 28 U.S.C. § 1404(a); and transfer this case to the United States District Court for the Western District of Oklahoma. No response to the motion or objections to the Report were filed.

Having reviewed the motion, the evidence filed in support of the motion, record in this case, and Report, the court determines that the findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Defendant JJ&P Hotels, LLC's Motion to Dismiss Due to Improper Venue; **grants** Defendant's Alternative Motion to Transfer Venue pursuant to 28

U.S.C. § 1404(a); and **directs** the clerk of the court to **transfer** this action to the United States District Court for the Western District of Oklahoma.

      **It is so ordered** this 11th day of January, 2016.

Sam A. Lindsay
United States District Judge